

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2021**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

July 8, 2021

<u>VIA ECF</u>

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Jaquez v. RehabMart, LLC:* Case No. 1:21-cv-00849-AT

Dear Judge Torres:

We represent defendant RehabMart, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Ramon Jaquez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 8, 2021 to August 23, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

:

DENIED.  By **July 13, 2021**, at **12:00 p.m.** the parties shall file a joint letter indicating whether they have completed fact discovery.

SO ORDERED.

Dated: July 9, 2021

New York, New York

*[signature]*

ANALISA TORRES
United States District Judge

US_Active\118542080\V-1