USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAMON JAQUEZ, on behalf of himself and all others similarly situated,**

                Plaintiff,

    -v-

**REHABMART, LLC,**

                Defendant.

Civil Case Number: 1:21-cv-00849-AT

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 13, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-00849-AT**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge