USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2021_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ**<br><br>Plaintiff,<br><br>-v-<br><br>**REHABMART, LLC,**<br><br>Defendant. | Civil Case Number: 1:21-cv-00849-AT |

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 20, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-00849-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: September 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge